Same case below, 425 Fed. Appx. 873.

**No. 11-6509. Timothy Lewis, Petitioner v. David Bergh, Warden.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7610.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6513. Manuel Walcott, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7644.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 431 Fed. Appx. 860.

**No. 11-6515. Raul Zavala, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7700.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6516. Jorge Valdes, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7619.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6522. Bobby D. Seay, Petitioner v. Terry O'Brien, Warden.**

565 U.S. 990, 132 S. Ct. 530, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7683.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 610.

**No. 11-6525. Jerry Johnson, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 530, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7667.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 276.

**No. 11-6526. Gregory John Katopodis, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 530, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7649.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 428 Fed. Appx. 902.

**No. 11-6530. Charles D. Conway, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 530, 181 L. Ed. 2d 371, 2011 U.S. LEXIS 7678.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.